# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Muhammed Kareem ABDULLAH,<br><br>　　　　　Defendant. | Case No.:　**25MJ4306**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about August 9, 2025, within the Southern District of California, defendant, Muhammed Kareem ABDULLAH, did knowingly and intentionally import 500 grams and more, to wit: approximately 2.4 kilograms (5.28 pounds), of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Special Agent Matthew Guidera
　　　　　　　　　　　　　　　　　　　　　Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 11th of August 2025.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. VALERIE E. TORRES
　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

United States
v.
Muhammed Kareem ABDULLAH

# PROBABLE CAUSE STATEMENT

I, Special Agent Matthew Guidera, declare under penalty of perjury, the following is true and correct:

On August 9, 2025 at approximately 11:04 PM, Muhammed Kareem ABDULLAH, ("ABDULLAH"), a United States citizen applied for entry into the United States from Mexico through the San Ysidro Port of Entry pedestrian lane booth #12.

A Customs and Border Protection Officer (CBPO) received two negative Customs declarations from ABDULLAH. ABDULLAH stated he was crossing the border to go to San Ysidro, California.

The CBPO observed nervous behavior by ABDULLAH while he was answering questions. The CBPO conducted records checks and saw alerts on ABDULLAH for prior smuggling events. The CBPO then escorted ABDULLAH to secondary inspection where he conducted a pat down of ABDULLAH. The CBPO felt two brick-like objects on ABDULLAH's torso underneath his clothing.

Further inspection of ABDULLAH resulted in the discovery of two packages concealed on his torso underneath his clothing, with a total approximate weight of

1

United States
v.
Muhammed Kareem ABDULLAH

2.4 kgs (5.28 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of cocaine.

ABDULLAH was placed under arrest at approximately 1:15 AM.

ABDULLAH was arrested and charged with a violation of Title 21, United States Code, Sections 952 and 960, importation of a controlled substance.

Executed on August 10, 2025, at 4:40 AM

Matthew Guidera, HSI Special Agent

On the basis of the facts presented in this probable cause statement consisting of two pages, I find probable cause to believe the defendant, Muhammed Kareem ABDULLAH, named in this probable cause statement, committed the offense on August 09, 2025, in violation of Title 21 United States Code, Sections 952 and 960, Unlawful Importation of a Controlled Substance.

11:23 AM, Aug 10, 2025

Hon. Valerie E. Torres           Date/Time
United States Magistrate Judge

2